IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL SMITH, | * |
| Plaintiff, | * |
| v. | Case No. 5:16-CV-520-MTT |
| | * |
| NORFOLK SOUTHERN RAILWAY COMPANY, | * |
| Defendant. | * |

## JUDGMENT

Pursuant to the jury verdict dated August 10, 2018 (ECF 72), and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff Michael Smith in the amount of $330,000.00.

Pursuant to this Court's Order dated November 15, 2018 (ECF 93), and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff Michael Smith for attorney's fees in the amount of $178,835.02 and costs in the amount of $10,460.47.

Pursuant to this Court's Order dated November 15, 2018 (ECF 94), and for the reasons stated therein, JUDGMENT is hereby entered reinstating Plaintiff Michael Smith's seniority status and expunging any references to Plaintiff Michael Smith's termination in his employment file.

Plaintiff Michael Smith is entitled to prejudgment interest on damages for backpay.[1] Post judgment interest shall accrue at the prevailing legal rate.

This 18th day of December, 2018.

David W. Bunt, Clerk

---

[1] Defendant does not object to Plaintiff's methodology for calculating prejudgment interest and thus agrees "there is no reason the ... judgment cannot specify how the prejudgment interest rate should be calculated." Doc. 104 at 2. Specifically, Defendant agrees that the Judgment should provide: "Plaintiff Michael Smith is entitled to prejudgment interest on damages for backpay in a manner consistent with the calculation proposed by Plaintiff Michael Smith in ECF 77-4 on damages for backpay. Plaintiff indicated this was at a rate of 2.09% as of August 24, 2018." *Id.* Given the parties' agreement on the methodology for calculating prejudgment interest, it is appropriate to memorialize that agreement in the Judgment.